MARK TANZER #143647 / # T044997
_____
Name and Prisoner/Booking Number

Fourth Avenue Jail
_____
Place of Confinement

201 S. 4th Avenue
_____
Mailing Address

Phoenix, AZ  85003
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

MAY 0 9 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

MARK Joseph TANZER
_____
(Full Name of Plaintiff)          Plaintiff,

vs.

(1)  AZ
_____
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. _____ CV-14-01015-PHX-JAT--MHB __
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Arizona Dept of Corrections.
    1601 w. Jefferson st
    Phoenix AZ 85007

Revised 5/1/2013                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _____*AZ*_____. The first Defendant is employed as:
*A.C.I. Arizona Correctional Industries* at ___*A.D.O.C.*___.
             (Position and Title)                                     (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
             (Position and Title)                                     (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
             (Position and Title)                                     (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
             (Position and Title)                                     (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1.  Parties: _____ v. _____
      2.  Court and case number: _____.
      3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _4ᵗʰ Amendment_

2.  **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☑ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Rights to Privacy_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _Mental emotional pshycal_

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
   _____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?       ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?              ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:  *Press Charges*

*Nominal*
*Prospective*
*Punitive*
*Declatory*
*and compensatory*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 1 2014_
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **MAY 7, 2014** _____

I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ **United States District Court, District of Arizona.**

___ Hon _____ **United States District Court, District of Arizona.**

___ **Attorney General, State of Arizona,** _____

___ **Judge** _____ **Superior Court, Maricopa County, State of Arizona.**

___ **County Attorney, Maricopa County, State of Arizona** _____

___ **Public Defender, Maricopa County, State of Arizona** _____

___ **Attorney** _____

___ _____

___ _____

___ _____

_____
**INMATE LEGAL SERVICES**
**Maricopa County, Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6                                                                                          11/28/2012